```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

HAROLD BAYNES, as ADMINISTRATOR
of the ESTATE of WILLIAM CURLIN
BAYNES, Deceased,

                              Plaintiff,

    -against-

DAVID RUDERFER, Individually,

                              Defendant.

-----------------------------------------------------------

**RULE 41(a)(1)(A)(ii) Dismissal**

15 Civ. 2898(AT)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Harold Baynes, as Administrator of the Estate of William Curlin Baynes, Deceased, hereby stipulates and agrees that, upon the Court's order, all claims against defendant David Ruderfer, in the above-captioned action, shall be and are hereby dismissed with prejudice, without costs, expenses or fees against either party.

This Stipulation may be executed in any number of counterparts, all of which taken together shall constitute one Stipulation, and may be executed by facsimile signature or email PDF scanned signature.

Dated: New York, New York
         September 24, 2020

                                              Attorneys for Plaintiff:

                                              */s/ Derek Sells*
                                              DEREK S. SELLS, ESQ.
                                              The Cochran Firm
                                              55 Broadway, 23rd Floor
                                              New York, New York 10006
                                              T: (212) 553-9120
                                              F: (212) 227-8763
                                              dsells@cochranfirm.com

_____
JASON LEVENTHAL, ESQ.
Leventhal Law Group, P.C.
125 Maiden Lane, Suite 5C
New York, New York 10038
T: (212) 556-9600
F: (718) 522-3225
jl@llg.law

Dated: September 23, 2020

Attorneys for Defendant

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendant

/s/ Michael Keane
MICHAEL J. KEANE
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8550


SO ORDERED.

Dated: October 22, 2020
       New York, New York


_____
ANALISA TORRES
United States District Judge